UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
CLERK

TERRY VAUGHN
CHIEF DEPUTY
COURT OPERATIONS

DOUGLAS PALMER
CHIEF DEPUTY
AUTOMATED SERVICES

PLEASE REPLY TO:

☐ BROOKLYN OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

☐ LONG ISLAND OFFICE
UNITED STATES DISTRICT COURT
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK

August 1, 2005

Clerk of Court, Tony Anastas
United States District Court of Massachusetts
2300 U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Re: USA v. Glisermi Diaz
EDNY #: 1:00 CR 621 (JG)

To: Clerk of Court:

Pursuant to the Order transferring the above-referenced action for review, the following documents are enclosed:

____X____ Certified copy of Order of Transfer

____X____ Certified copy of docket entries

____X____ Certified copy of Indictment

____X____ Judgment and Commitment:

_____ Kindly acknowledge receipt of the above-cited documents on the enclosed copy of this letter.

Sincerely yours,

Francine Piper
Francine Piper
Deputy Clerk

Formerly:    EDNY 1:00 CR 621 (JG)

Now:         _____

Initials/Date: _____

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | CR-00-621 |
| DOCKET NUMBER *(Rec. Court)* | 4:05CR40030 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| 2 Gage Street, Apt. 2R<br>Worcester, MA 01608 | Eastern District of NY | Supervision |
| | NAME OF SENTENCING JUDGE | |
| | Honorable John Gleeson | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 3/3/05 — TO 3/2/07 |

**OFFENSE**

Violation of Supervised Release charge: Failing to notify the probation officer ten priors to any change in residence.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Eastern__ DISTRICT OF __New York__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of Massachussetts__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_5-13-05_                                    _[signature]_
Date                                         United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

ATTEST
DATED _August 1_, 20 05
ROBERT C. HEINEMANN
                                    CLERK
BY _Frances Piper_
                                    DEPUTY CLERK

_June 6, 2005_                        _William G. Young_
Effective Date                        United States District Judge

IJ:IP
F. #2000R01306

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

GLISERMI DIAZ,

        Defendant.

- - - - - - - - - - - - - - - -X

**CR 00 621**

I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C.,
§§ 841(a)(1),
841(b)(1)(B)(ii)(II),
952(a), 960(a)(1) and
960(b)(2)(B)(ii); T. 18,
U.S.C., §§ 3551 et seq.)

POLLAK, M.J.

THE GRAND JURY CHARGES:

### COUNT ONE

    On or about May 27, 2000, within the Eastern District of New York and elsewhere, the defendant GLISERMI DIAZ did knowingly and intentionally import into the United States from a place outside thereof a substance containing cocaine, a Schedule II narcotic drug controlled substance, in an amount of 500 grams or more.

    (Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(B)(ii); Title 18, United States Code, Sections 3551 et seq.)

### COUNT TWO

    On or about May 27, 2000, within the Eastern District of New York and elsewhere, the defendant GLISERMI DIAZ did knowingly and intentionally possess with intent to distribute a substance containing cocaine, a Schedule II narcotic drug

controlled substance, in an amount of 500 grams or more.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

*[signature: Sandra Fonseca]*
FOREPERSON

*[signature: Loretta E. Lynch]*
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

A TRUE COPY
ATTEST
DATED August 1, 2005
ROBERT C. HEINEMANN
BY *[signature]* CLERK
DEPUTY CLERK

F. #2000R01306
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL *Division*

THE UNITED STATES OF AMERICA

vs.

GLISERMI DIAZ,

Defendant.

# INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(B)(ii)(II), 952(a), 960(a)(1) and 960(b)(2)(B)(ii); T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____
*Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 19* _____

*Bail, $* _____

_____
*Clerk*

IOANA PETROU, AUSA; (718) 254-6346

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT, E.D.N.Y.<br>★ JAN 1 9 2001 ★<br>BROOKLYN OFFICE | JUDGMENT INCLUDING SENTENCE<br>NO.: CR 00-621 (JG) |
|---|---|---|
| VS. | | |
| GLISERMI DIAZ | | |

| Ioana Petrou | Holly Driscoll | Richard H. Rosenberg |
|---|---|---|
| Assistant United States Attorney | Court Reporter | Defendant's Attorney |

The defendant **Glisermi Diaz** pleaded guilty to count 1 of the indictment. Accordingly, the defendant is ADJUDGED guilty of such Count(s), which involve the following offenses:

| TITLE AND SECTION | NATURE AND OFFENSE | COUNT NUMBERS |
|---|---|---|
| 21 USC952(a) AND 21USC960(b)(3) | IMPORTATION OF COCAINE | ONE |

The defendant is sentenced as provided in pages 2 through 5 of the Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1988.

__ The defendant is advised of his/her right to appeal within ten (10) days.
__ The defendant has been found not guilty on count(s) and discharged as to such count(s).
**X** Open counts are dismissed on the motion of the United States.
__ The mandatory special assessment is included in the portion of Judgment that imposes a fine.
**X** It is ordered that the defendant shall pay to the United States a special assessment of $100.00 which shall be due immediately.

It is further **ORDERED** that the defendant shall notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

54833-053    8/29/73
Defendant's USM #/ Date of Birth
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
Defendant's Soc. Sec. Number

**21 VILLAGE WAY APT. 3**
**WEBSTER, MASS. 01570**
Defendant's mailing address

JANUARY 12, 2001
Date of Imposition of sentence

JOHN GLEESON, U.S.D.J.

January 16, 2001
Date of signature
A TRUE COPY ATTEST
DEPUTY CLERK
Vivian Klein

A TRUE COPY
ATTEST
DATED AUGUST 1, 2005
ROBERT C. HEINEMANN
BY Jeanne Piper
DEPUTY CLERK

DEFENDANT: GLISERMI DIAZ  JUDGMENT-PAGE 2 OF 5
CASE NUMBER: **CR 00-621(JG)**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: **TIME SERVED**

\_\_\_\_    **The Court recommends that the defendant be designate**

\_\_\_\_    The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_    T he defendant shall surrender to the United States Marshal for this District.

\_\_\_\_    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

\_\_\_ \_\_\_-12:00 noon._____.
\_\_\_\_    As notified by the United States Marshal.
\_\_    As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____with a certified copy of this Judgment.

_____
United States Marshal

By: _____

DEFENDANT: **GLISERMI DIAZ**  JUDGMENT-PAGE 3 OF 5
CASE NUMBER: **CR 00-621(JG)**

## SUPERVISED RELEASE

Upon release from Imprisonment, the defendant shall be on supervised release for a term of: **THREE (3) YEARS**

**The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.**

While on supervised release, the defendant shall not commit another Federal, State, or Local crime and shall comply with the standard conditions that have been adopted by this Court (Seaforth on the following page).

The defendant is prohibited from possessing a firearm.

The defendant shall not illegally possess a controlled substance.

If this Judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

    —    The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

    **THE DEFENDANT IS TO RECEIVE SUBSTANCE ABUSE AND MENTAL HEALTH TREATMENT AS DIRECTED BY THE PROBATION DEPARTMENT.**

DEFENDANT: GLISERMI **DIAZ**  JUDGMENT-PAGE 4 OF 5
CASE NUMBER: **CR00-621   (JG)**

### STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer;

2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) The defendant shall support his or her dependents and meet other family responsibilities;

5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons:

6) The defendant shall notify the probation officer within 10 days prior to any change in residence or employment;

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a Physician;

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

12) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the court;

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: **GLISERMI DIAZ**  JUDGMENT-PAGE 5 OF 5
CASE NUMBER: **CR 00 -621 (JG)**

## STATEMENT OF REASONS

__X__ The Court adopts the factual findings and guideline application in the pre-sentence report.

_____ The Court makes the following findings regarding the guidelines calculations:

### GUIDELINE RANGE DETERMINATION BY THE COURT

Total Offense Level: __21__

Criminal History Category: __II__

Imprisonment Range: __41-51   MONTHS__

Supervised Release Range: __2-3   Years__

Fine Range: $__7,500.00__     TO     $__1,000,000.00__

Restitution Range: $__N/A__     TO     $_____

### DEPARTURES FROM THE GUIDELINES RANGE

_____ The sentence is within the guideline range, that range DOES NOT EXCEED 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.
OR

_____ The sentence is within the guideline range, that range EXCEEDS 24 months, and the sentence is imposed for the following reasons:

_____ Upon motion of the government, as a result of defendant's substantial assistance.

__X__ For the following specific **reason(s) THE COURT DOWNWARDLY DEPARTS PURSUANT TO 5K2.0 OF THE SENTENCING GUIDELINES FOR EXTRAORDINARY FAMILY CIRCUMSTANCES AND DIMINISHED MENTAL CAPACITY.**

CLOSED, MJSELECT

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:00-cr-00621-JG-ALL
## Internal Use Only

Case title: USA v. Diaz  
Magistrate judge case number: 1:00-mj-00912

Date Filed: 06/09/2000

Assigned to: Judge John Gleeson

**Defendant**

**Glisermi Diaz** (1)  
*TERMINATED: 01/19/2001*

represented by **Abraham L. Clott**  
Legal Aid Society  
Federal Defender Services Unit  
16 Court Street  
Brooklyn, NY 11201  
(718) 330-1200  
Fax: 718-855-0760  
Email: abraham_clott@fd.org  
*TERMINATED: 01/19/2001*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Geoffrey S. Stewart**  
350 Broadway  
Suite 700  
New York, NY 10013  
212-625-9696  
Fax: 212-625-3939  
Email: gstewart.defender@verizon.net  
*TERMINATED: 01/19/2001*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Richard H. Rosenberg**  
Richard H. Rosenberg  
250 West 57th Street  
Suite 1931  
New York, NY 10107  
212-586-3838

Email: richrosenberg@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:952 (a), 960 (a) (1) and 960 (b) (2) (B) (ii); Title 18, U.S.C., Sections 3551 et seq. - NARCOTICS - IMPORT
(1)

**Disposition**

The deft. is to be imprisoned for a term of Time Served. Supervised release for a term of 3 years. Open counts are dismissed on the motion of the United States. Special assessment of $100.00 due immediately. VIOLATION OF PROBATION/SUPERVISED RELEASE ORDER - Dft is sentenced to time served. Dft to enroll in the Ad-Care Day Hospital program in Worcester, Mass. Dft to comply with its terms and receive substance abuse/mental health treatment. 2 years supervised release with special condition that she receive substance abuse/mental health treatment.

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**

21:841 (a) (1) and 841 (b) (1) (B) (ii) (II); Title 18, U.S.C., Sections 3551 et seq. NARCOTICS - POSSESSION
(2)

**Disposition**

Dismissed on motion of the United States.

**Highest Offense Level (Terminated)**
Felony

**Complaints**
None

**Disposition**

**Plaintiff**
USA     represented by   **Ioana Petrou**
U. S. Attorney's Office
Criminal Division
1 Pierrepont Plaza

Brooklyn, NY 11201
(718) 254-6374
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2000 | | ARREST of Glisermi Diaz [ 1:00-m -912 ] (Vasquez, Lourdes) (Entered: 05/31/2000) |
| 05/28/2000 | 1 | COMPLAINT as to Glisermi Diaz [ 1:00-m -912 ] (Vasquez, Lourdes) (Entered: 05/31/2000) |
| 05/28/2000 | | First Appearance as to Glisermi Diaz held [ 1:00-m -912 ] (Vasquez, Lourdes) (Entered: 05/31/2000) |
| 05/28/2000 | 2 | Magistrate Arraignment as to Glisermi Diaz held before Mag Judge Gold on 5/28/00. AUSA Ioana Petrou present; Defendant present with counsel, Abe Clott. (Defendant informed of rights.) Spanish interpreter, Ricardo Reluzco also present. Temporary Order of Detention entered. Bail Hearing set for 5/30/00 at 2:00pm. Tape #00/63(?). [ 1:00-m -912 ] (Vasquez, Lourdes) (Entered: 05/31/2000) |
| 05/28/2000 | 3 | ORDER OF TEMPORARY DETENTION issued as to Glisermi Diaz (Signed by Magistrate Steven M. Gold , dated 5/28/00) Detention Hearing set for 5/30/00 at 2:00pm before Mag Judge Chrein. [ 1:00-m -912 ] (Vasquez, Lourdes) (Entered: 05/31/2000) |
| 05/28/2000 | | ** Added Government Attorney Ioana Petrou [ 1:00-m -912 ] (Vasquez, Lourdes) (Entered: 05/31/2000) |
| 06/01/2000 | 4 | CALENDAR ENTRY as to Glisermi Diaz ; Case called before Magistrate Marilyn D. Go on date of 6/1/00 for Detention Hearing. Dft. present with counsel, Abe Clott (pda). AUSA, Seth Levine. POD entered. Tape # 00/39 (986-1221) [ 1:00-m -912 ] (Sampson, Brian) (Entered: 06/05/2000) |
| 06/01/2000 | 5 | ORDER OF DETENTION as to Glisermi Diaz ( Signed by Magistrate Marilyn D. Go , dated: 6/1/00) [ 1:00-m -912 ] (Sampson, Brian) (Entered: 06/05/2000) |
| 06/01/2000 | 6 | MEMORANDUM as to Glisermi Diaz advising Douglas J. Reed, the Health Services Administrator at the MCC that the Deft. is in need of medical attention in connection with her depression. ( Signed by Magistrate Marilyn D. Go , on 6/1/00) [ 1:00-m -912 ] (Sampson, Brian) (Entered: 06/05/2000) |
| 06/01/2000 | 7 | CALENDAR ENTRY as to Glisermi Diaz ; Case called before Magistrate Marilyn D. Go on date of 6/1/00 for Bail Hearing. Deft. present w/ counsel, Michael Schneider (pda). AUSA, Seth Levine present. Determination of bail is deferred for consideration in the Northern District of New York. Tape # 00/39 (266-984) [ 1:00-m -912 ] (Sampson, Brian) (Entered: 06/05/2000) |

| 06/01/2000 | 8 | ORDER as to Glisermi Diaz, committing him to the custody of the US Marshal for removal to the N.D.N.Y. ( Signed by Magistrate Marilyn D. Go , on 6/1/00) [ 1:00-m -912 ] (Sampson, Brian) (Entered: 06/05/2000) |
|---|---|---|
| 06/09/2000 | 9 | INDICTMENT as to Glisermi Diaz (1) count(s) 1, 2. (Greene, Donna) (Entered: 06/14/2000) |
| 06/09/2000 | | Magistrate Pollak has been selected by random selection to handle any matters that may be referred in this case. (Greene, Donna) (Entered: 06/14/2000) |
| 06/09/2000 | 10 | CALENDAR ENTRY as to Glisermi Diaz. Case called on date of 6/9/00 for GRAND JURY PRESENTMENT. (Greene, Donna) (Entered: 06/14/2000) |
| 06/09/2000 | | ** Added Government Attorney Ioana Petrou. (Greene, Donna) (Entered: 06/14/2000) |
| 06/20/2000 | 11 | CALENDAR ENTRY as to Glisermi Diaz. Case called before Magistrate Robert M. Levy on date of 6/20/00 for Arraignment. AUSA Marshal Miller, and Abe Clott for the deft. Tape # 00/84 (1026-1105). Firest appearance. Waives public reading of indictment. Not Guilty: Glisermi Diaz (1) count(s) 1, 2 . status conference set for 7/7/00 at 2:00 before Judge Gleeson. (Greene, Donna) (Entered: 06/21/2000) |
| 06/20/2000 | | First Appearance as to Glisermi Diaz held. (Greene, Donna) (Entered: 06/21/2000) |
| 06/22/2000 | 12 | NOTICE of Appearance for Glisermi Diaz by Attorney Geoffrey S. Stewart. (Greene, Donna) (Entered: 06/23/2000) |
| 07/07/2000 | 13 | CALENDAR ENTRY as to Glisermi Diaz. Case called before Judge John Gleeson on date of 7/7/00 for Status Conf/Hearing. AUSA Ioano Petrou, and Geoffrey Stewart for the deft. Court Reporter/ESR Diana Pereira. Defts. appears with counsel. Speedy trial Code Type T start 7/7/00 stop 7/20/00. Ent'd on record. In the interest of justice as stated on the record, and with consent of the parties. Next conference set for 7/20/00 at 4:30. Bail applicatin made and denied. (Greene, Donna) (Entered: 07/12/2000) |
| 07/26/2000 | 14 | LETTER dated 7/24/00 from Ioana Petrou, AUA to Judge Gleeson, enclosing copies of the plea agreement and indictment regarding the guilty plea scheduled 8/3/00 at 3:30. (NO ENCLOSURE). (Greene, Donna) (Entered: 07/26/2000) |
| 08/03/2000 | 15 | CALENDAR ENTRY as to Glisermi Diaz ; Case called before Judge John Gleeson on date of 8/3/00 at 3:30p.m. for pleading. Court Reporter/ESR Dominic Tursi. AUSA ioana Petrou. Defense counsel: Richard Rosenberg. Case called. Deft enters a guilty plea to count 1 of the indictment. Court finds factual basis for the plea. Sentencing set for 11/3/00 at 2:00p.m. Deft continued on custody. (Dobkin, David) (Entered: 08/08/2000) |
| 08/03/2000 | | PLEA entered by Glisermi Diaz . Court accepts plea. Guilty: Glisermi Diaz (1) count(s) 1 (Dobkin, David) (Entered: 08/08/2000) |

| | | |
|---|---|---|
| 10/26/2000 | 16 | LETTER dated 10/23/00 from Richard Rosenberg to Judge Gleeson, requesting a postponement of dft's sentencing set for 11/3/00 to a date in December 2000. ("Noted on document that sentencing is set for 12/8/00 at 2:00".) (Piper, Francine) Modified on 10/26/2000 (Entered: 10/26/2000) |
| 11/22/2000 | 17 | LETTER dated 11/6/00 from Richard H. Rosenberg to Judge Gleeson, advising that he has prepared an order of the courts endorsement that will enable Dr. Drob to conduct a psychological examination of Ms. Diaz at MDC Brooklyn. (Greene, Donna) (Entered: 11/22/2000) |
| 11/22/2000 | 18 | ORDER as to Glisermi Diaz, that the warden and administration of the Metropolitan Detention Center, permit Dr. Sanford L. Drob to conduct psychological examinations and administer psychological tests to Glisermi Diaz, on such dates and occasions as is necessary to complete such examination. ( Signed by Judge John Gleeson , on 11/13/00). c/m (Greene, Donna) (Entered: 11/22/2000) |
| 11/22/2000 | 19 | LETTER dated 11/13/00 from Steven L. D'Alessandro, AUSA to Judge Korman, submitted as a motion in limine to introduce evidence relating to Mr. Gurung's involvement in "other crimes" wrongs, or acts." (Greene, Donna) (Entered: 11/22/2000) |
| 12/06/2000 | 21 | LETTER dated 12/5/00 from Ioana Petrou to Richard Rosenberg, Esq., informing that the sentencing of Glisermi Diaz has bee adjourned to 1/12/01 at 2:00. (Greene, Donna) (Entered: 12/11/2000) |
| 12/07/2000 | 20 | LETTER dated 12/1/00 from Richard H. Rosenberg to Judge Gleeson, requesting that the date currently set for sentence, 12/8 be postponed to a date no earlier than the week of 12/18. (Greene, Donna) (Entered: 12/07/2000) |
| 12/07/2000 | | ENDORSED ORDER on doc. #20 as to Glisermi Diaz. The sentence is adjourned to 1/12/01 at 2:00. ( Signed by Judge John Gleeson , on 12/4/00). c/m (Greene, Donna) (Entered: 12/07/2000) |
| 12/19/2000 | 22 | ORDER dated 12/5/00 that the United States Dept. of Probation make any and all medical records of defendant Diaz available and provide copies thereof forthwith to attorney Richard H. Rosenberg as to Glisermi Diaz. ( Signed by Judge John Gleeson, on 12/5/00) c/m (Guzzi, Roseann) (Entered: 12/19/2000) |
| 12/19/2000 | 23 | ORDER dated 12/5/00 that the Warden and adminsitration of the Metropolitan Detention Center make the medical records available as soon as practicable to attorney Richard H. Rosenberg as to Glisermi Diaz. ( Signed by Judge John Gleeson, on 12/5/00) c/m (Guzzi, Roseann) (Entered: 12/19/2000) |
| 01/10/2001 | 24 | LETTER dated 1/9/01 from Ioana Petrou, AUSA to Judge Gleeson, respectfully submits this letter in response to the defts. 1/8/01 correspondence regarding sentencing for 1/12/01 at 2:00. (Greene, Donna) (Entered: 01/17/2001) |

| 01/12/2001 | 26 | CALENDAR ENTRY as to Glisermi Diaz. Case called before Judge John Gleeson on date of 1/12/01 for Sentencing. AUSA Ioanna Petroni, and Richard Rosenberg for the deft. Court Reporter/ESR Holly Driscoll. Sentencing held. (Greene, Donna) (Entered: 01/19/2001) |
|---|---|---|
| 01/12/2001 |  | Sentencing held Glisermi Diaz (1) count(s) 1. (Greene, Donna) (Entered: 01/19/2001) |
| 01/18/2001 | 25 | LETTER dated 1/8/01 from Richard H. Rosenberg to Judge Gleeson, requesting that the court depart downwardly from the sentencing guidelines to allow for the imposition of a non-custodial sentence. (Greene, Donna) (Entered: 01/18/2001) |
| 01/19/2001 | 27 | JUDGMENT Glisermi Diaz (1) count(s) 1. The deft. is to be imprisoned for a term of Time Served. Supervised release for a term of 3 years. Open counts are dismissed on the motion of the United States. Special assessment of $100.00 due immediately. ( Signed by Judge John Gleeson , on 1/16/01). c/m by chambers. (Greene, Donna) (Entered: 01/19/2001) |
| 01/19/2001 | 27 | DISMISSAL of Count(s) on Government Motion as to Glisermi Diaz party Glisermi Diaz Counts Dismissed: Glisermi Diaz (1) count(s) 2. (Greene, Donna) (Entered: 01/19/2001) |
| 01/19/2001 |  | **Terminated party Glisermi Diaz. (Greene, Donna) (Entered: 01/19/2001) |
| 01/19/2001 |  | **Case closed as to all defendants: Glisermi Diaz. (Greene, Donna) (Entered: 01/19/2001) |
| 02/21/2003 | 28 | ORDER as to Glisermi Diaz issuing a warrant. (Signed by Judge John Gleeson on 2/10/03). (DiLorenzo, Krista) (Entered: 02/21/2003) |
| 11/22/2004 | 37 | Rule 5(c)(3) Documents Received as to Glisermi Diaz (Piper, Francine) (Entered: 02/15/2005) |
| 12/03/2004 | 29 | Warrant Returned Executed on 11/10/04. as to Glisermi Diaz. (Piper, Francine) (Entered: 12/03/2004) |
| 12/03/2004 | 30 | Minute Entry for proceedings held before Robert M. Levy :Violation of Probation hearing held as to Glisermi Diaz held on 12/3/2004. Status Conference set for 12/13/04 at 10:00 before Judge Gleeson. CJA attorney Richard Rosenberg appointed. AUSA Mary Barr; Defense Counsel, Richard Rosenberg. (Tape #04/243 (3396-3708) (Piper, Francine) (Entered: 12/08/2004) |
| 12/03/2004 | 31 | ORDER OF DETENTION as to Glisermi Diaz. (Signed by Judge Robert M. Levy on 12/3/04) (Piper, Francine) (Entered: 12/08/2004) |
| 12/03/2004 | 32 | CJA 20 as to Glisermi Diaz: Appointment of Attorney Richard H. Rosenberg for Glisermi Diaz. Signed by Judge Robert M. Levy on 12/3/2004. (Lee, Tiffeny) (Entered: 12/08/2004) |
| 12/13/2004 | 33 | Minute Entry for proceedings held before John Gleeson :Status Conference as to Glisermi Diaz held on 12/13/2004 (Court Reporter Anthony D. |

| | | |
|---|---|---|
| | | Frisoline.)Next conference set for 12/20/04 at 2:00pm. (Greene, Donna) (Entered: 01/11/2005) |
| 01/06/2005 | 34 | Minute Entry for proceedings held before John Gleeson :Status Conference as to Glisermi Diaz held on 1/6/2005. Dft to be medically evaluated at MDC. Defense counsel to prepare an order for the court's signature. Next conference set for 1/25/04 at 11:30. AUSA Mary Barr; Defense Counsel, Richard Rosenberg. (Court Reporter Burt Sulzer.) (Piper, Francine) (Entered: 01/18/2005) |
| 01/25/2005 | | Minute Entry for proceedings held before John Gleeson :V.O.P. Status Conference as to Glisermi Diaz held on 1/25/2005; Next conference set for 2/17/05 at 3:30 pm.(Court Reporter Ronald Tolkin.)(Klein, Vivian) (Entered: 01/25/2005) |
| 01/31/2005 | 35 | ORDER as to Glisermi Diaz that the warden and administration of the MDC permit Dr. Sanford L. Drob to conduct psychological examinations and administer psychological tests to Glisermi Diaz . Signed by Judge John Gleeson on 1/12/05. (Greene, Donna) (Entered: 01/31/2005) |
| 01/31/2005 | 36 | ORDER that deft. Glisermi Diaz is authorized to retain the services of Dr. Sanford L. Drob to conduct a psychological and familial evaluation. Dr. Sanford L. Drob's services are authorized in an amount not to exceed $4,00.00 . Signed by Judge John Gleeson on 1/12/05. (Greene, Donna) (Entered: 01/31/2005) |
| 02/18/2005 | 38 | Minute Entry for proceedings held before John Gleeson :Violation of Probation as to Glisermi Diaz held on 2/18/2005. Next conference 3/1/05 at 2:30. AUSA Mary Barr; Defense Counsel, Richard Rosenberg. (Court Reporter Marsha Diamond.) (Piper, Francine) (Entered: 03/01/2005) |
| 03/03/2005 | 39 | Minute Entry for proceedings held before John Gleeson :Final Probation Revocation Hearing as to Glisermi Diaz held on 3/3/2005. AUSA Winston Chan fopr Mary Barr; Defense Counsel, not listed. (Court Reporter Anthony Frisilene.) (Piper, Francine) (Entered: 03/07/2005) |
| 03/07/2005 | 40 | Violation Probation/Supervised Release Order as to Glisermi Diaz - Dft is sentenced to time served. Dft to enroll in the Ad-Care Day Hospital program in Worcester, Mass. Dft to comply with its terms and receive substance abuse/mental health treatment. 2 years supervised release with special condition that she receive substance abuse/mental health treatment. ( Signed by Judge John Gleeson on 3/3/05) C/M (Piper, Francine) (Entered: 03/07/2005) |
| 07/20/2005 | 41 | ORDER as to Glisermi Diaz, the jurisdiction of the probationer or supervised releasee be transferred to the U.S.D.C. of Massachusetts upon that court's order of acceptance of jurisdiction. (Ordered by Judge John Gleeson on 5/13/05). It is ordered that the jurisdiction of the probationer/supervised releasee is accepted and assumed by this court. (Signed by Judge William G. Young on 6/6/05) (Piper, Francine) (Entered: 07/20/2005) |

| 08/01/2005 | | Probation Jurisdiction Transferred to U.S.D.C. of Massachusetts as to Glisermi Diaz Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Piper, Francine) (Entered: 08/01/2005) |
|---|---|---|
| 08/01/2005 | 42 | Certificate of Service as to Glisermi Diaz of Transfer of Probation documents via fedex on 8/1/05 upon the District Clerk, U.S.D.C. of Massachusetts. (package tracking #846482820693) (Piper, Francine) (Entered: 08/01/2005) |

A TRUE COPY
ATTEST
DATED AUGUST 1, 20 05
ROBERT C. HEINEMANN
BY Francine Piper                    CLERK
DEPUTY CLERK