AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Glisermi Diay

CASE NUMBER: 05-40030-FDS

I, *Glisermi Diaz*, charged in a ☐ complaint ☒ petition pending in this District with *α* _____

in violation of Title *α* _____ , U.S.C. *α* _____ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☒ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

*[signature]*
Defendant

12/21/2006
Date

*[signature]*
Counsel for Defendant