01/04/07

To whom it may concern:
my Name is Giuserina J
Diaz, I am an inmate at
MCI Framingham, id # A100020.
I would like to appeal
my Case # 4:05-CR-40030-FDS.
I would also like to
Request that the Court
appoint me a lawyer in
this matter.

Thank-You ! [signature]

Attn: Clerk's office