1/8/2007

Docket # 4:05-CR-40030-FDS
G. Diaz vs United States
ATN Clerk

I, Goliseimi Diaz, am writing this letter to officially notify the US District Court - District of Massachusetts of my intention to file an appeal of my case.

Thanks [signature]

Case 4:05-CR40030-FDS

I am currently an inmate at MCI Framingham ID# A100020. Please. I need appeal.

Send Letter to
   MCI
   PO Box 9007
   Framingham, MA 01704.