AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Glisermi Diaz | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 4: 05 CR 40030 - 001 - FDS<br><br>Albert Cullen<br>Defendant's Attorney |

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s) __2-4__ of the term of supervision.
[x] was found in violation of condition(s) __1__ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | The defendant was arrested by Worcester Police Department. | 10/29/06 |
| 2 | The defendant failed to report her arrest to the Probation Department. | 10/29/06 |
| 3. | The defendant failed to report for an administrative hearing with the Probation Office. | 12/08/06 |
| 4. | The defendant failed to answer truthfully to all inquires by the Probation Office. | 12/01/06 |

[ ] See continuation page

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

days of any change of name, residence, or maling address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 000/00/1242

Defendant's Date of Birth: 00/00/73

Defendant's USM No.: 54833-053

Defendant's Residence Address:
   Federal Custody

Defendant's Mailing Address:
   Same as above

01/03/07
Date of Imposition of Judgment

/s/ F. Dennis Saylor IV
Signature of Judicial Officer
F. Dennis Saylor IV
U.S. District Judge
Name & Title of Judicial Officer

1/11/07
Date

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

CASE NUMBER:     **4: 05 CR 40030   - 001 - FDS**   Judgment - Page    of 2
DEFENDANT:       Glisermi Diaz

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of     9 month(s)

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
   ☐ at _____ on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before _____ on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
   Deputy U.S. Marshal