## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

H USDC Docket Number : 05cr40030FDS

UNITED STATES

v.

GLISERMI DIAZ

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-4, 8-11 are originals

6,7,&12 are copies and can be destroyed after the appeal is complete.

and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/8/07

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 1/17/07

|  |  |
|---|---|
|  | Sarah A Thornton, Clerk of Court |
|  | /s/ Sherry Jones |
| By: | Sherry Jones |
|  | Deputy Clerk |

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

  RETURN TO:  US DISTRICT COURT
              595 MAIN STREET, SUITE 502
              WORCESTER, MA 01608

N:\appeals procedures\ClerksCertificate-COA.frm- 3/06