# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

H USDC Docket Number : 05cr40030FDS

UNITED STATES

v.

GLISERMI DIAZ

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:
1-4, 8-11 are originals
6,7,&12 are copies and can be destroyed after the appeal is complete.
and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/8/07

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 1/17/07

By:

Sarah A Thornton, Clerk of Court
/s/ Sherry Jones
Sherry Jones
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/19/07 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1145

RETURN TO: US DISTRICT COURT
595 MAIN STREET, SUITE 502
WORCESTER, MA 01608

JAN 18 REC'D

N:\appeals procedures\ClerksCertificate-COA.frm- 3/06